**Michael C. Baxter**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**Justin M. Baxter**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Attorney for Plaintiffs Lenox

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **GARY LENOX and KIMBERLY LENOX,** | Case No. 05-CV-1501-AA |
| Plaintiffs, | |
| v. | **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, and **HOMEQ SERVICING CORPORATION**, a foreign corporation, | |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation to Dismiss Defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(2);

///

Page 1 ORDER DISMISSING DEFENDANT EXPERIAN

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiffs' claims against Experian Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 16 day of November, 2006.

_____
HONORABLE ANN AIKEN
UNITED STATES DISTRICT COURT JUDGE